# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS TOLBERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY FOXX, Secretary of Transportation,<br><br>　　　　　　Defendant. | 1:14-cv-01577-KJM-GSA (PS)<br><br><br>ORDER |

On October 8, 2014, Plaintiff Otis Tolbert ("Plaintiff") filed a civil complaint, as well as a motion to proceed *in forma pauperis*. Docs. 1, 2. On January 4, 2015, the Magistrate Judge issued Findings and Recommendations recommending that the motion be denied. Doc. 6. The Findings and Recommendations were served on plaintiff with instructions that any objections be filed within fifteen (15) days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

　　1) The Findings and Recommendations dated January 4, 2015 (Doc. 6) are
　　　ADOPTED IN FULL;

/////

1

2) The motion to proceed *in forma pauperis* filed by the Plaintiff on October 8, 2014 is DENIED;

3) Plaintiff shall pay the filing fee of $ 400.00 within thirty (30) days of the date of entry of this Order; and,

4) Failure to comply with this Order will result in the dismissal of this action for failure to obey a court order and failure to prosecute.

DATED: February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE